Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

<table>
<tr><td>
Journee Hudson<br>Dawn Wentworth<br><br><i>Plaintiff(s)</i><br><i>(Write the full name of each plaintiff who is filing this complaint.<br>If the names of all the plaintiffs cannot fit in the space above,<br>please write "see attached" in the space and attach an additional<br>page with the full list of names.)</i><br><br>-v-<br><br><br><br>New english teacher<br><br><i>Defendant(s)</i><br><i>(Write the full name of each defendant who is being sued. If the<br>names of all the defendants cannot fit in the space above, please<br>write "see attached" in the space and attach an additional page<br>with the full list of names.)</i>
</td><td>
)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)
</td><td>
Case No. <u>'21CV715  CAB BGS</u><br><br><i>(to be filled in by the Clerk's Office)</i><br><br><br>Jury Trial: <i>(check one)</i> ☐ Yes ☐ No
</td></tr>
</table>

FILED

Apr 16 2021
3:19 pm

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        s/ emilybl        DEPUTY

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Dawn Wentworth / Journee Hudson |
| Street Address | PO BOX 495 |
| City and County | Oceanside    San Diego |
| State and Zip Code | California        92068 |
| Telephone Number | 760-521-0144 |
| E-mail Address | dwentworth911@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

new english teacher

1234 Arcadia Avenue

Vista        San Diego

California      92084

760 - 726 - 2170

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Civil Rights Act 1964

Unruh Civil Rights Act

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Title VI Civil Rights Act 1964
Unruh Civil Rights Act
11/7/19 (Mission Vista High School)

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$75,000 (1 yr salary)
Suspension of Credentialing 6 months
malicious Intent
Credentialing and Employee Record Labelled
Hate Crime

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        4 · 15 · 21

Signature of Plaintiff

Printed Name of Plaintiff      1. Kevin Wentworth

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Print        Save As...        Add Attachment        Reset

26

VISTA UNIFIED SCHOOL DISTRICT

# Standard Complaint Form

INSTRUCTIONS TO THE PERSON FILING THE COMPLAINT (COMPLAINANT): Please complete and sign the form.
This form should be used to file a formal written complaint regarding concerns related to employees or the content of
adopted instructional materials. Please review the Complaints section of the District website to process all other complaints.
*Before filing this form, the complainant should attempt to resolve the complaint by an informal conference with the appropriate
employee and/ or supervisor.* Submit the original signed and any attachments; retain a copy for your records.

To (Supervisor): Jan

From (Complainant Name): Dawn Wentworth

School/ Department: Mission Vista

Contact Phone: (760) 453-1259

Email address: dwentworth911@gmail.com

## INFORMAL CONFERENCE

Date the informal conference was held concerning this matter 11/7/19    Location Mission Vista

Who was present at this meeting? Teachers + Students

## STATEMENT OF COMPLAINT:

1. Nature of the complaint. A written complaint must include the name(s) of each employee involved, a brief but
specific summary of the complaint and the facts surrounding it, including a specific description or prior attempts
to discuss the complaint with the employee(s) involved and the failure to resolve the matter.

It was brought to my attention that a new english teacher decided to introduce the word "NIGGA" to his english class yesterday for ~~shock~~ shock value. This is HATE SPEECH and unprofessional.

2. SPECIFIC POLICY ALLEGEDLY VIOLATED, OR MISAPPLIED: I do not understand why the policy is not clarified.

This language is not ACCEPTABLE in any environment nor permissable by any race!

3. REMEDY SOUGHT:

Signature of Complainant: [signature]    Date 11/8/19

| OFFICE USE. Received in HR: | | Reviewed in HR: | | |
|---|---|---|---|---|
| (Date & time stamp with initials) | | | (Date & Initials) | |
| Complaint routed to: | | Initial the level of the final disposition    1    2    3    4 | | |
| Signature of Appropriate District Administrator | | Date | | |

BOARD POLICY 1312.1/ 1312.2
DISTRIBUTION: Original- Assistant Superintendent Human Relations    Copy- Complainant
K:\Certificated HR\COMPLAINTS\Documents to convert to PDF forms\REVISED Standard Complaint Form.docx